UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEANNA CHANCE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:15-cv-01627-JMS-MPB |
| ) | |
| AMERICAN INSTITUTE OF ) | |
| TOXICOLOGY, INC. doing business ) | |
| as AIT Laboratories, Inc.[1] ) | |
| ) | |
| Defendant. ) | |

**ORDER SETTING HEARING TO CONSIDER PARTIES' SETTLEMENT**

Plaintiff Deanna Chance and Defendant American Institute of Toxicology, Inc. have filed their Joint Motion for hearing to approve settlement and dismiss lawsuit with prejudice. Having reviewed the parties' Joint Motion and being duly advised, the Court hereby ORDERS that a telephonic hearing be held on _____, 2016, at __.m., at which time the Court will consider the terms of the parties' settlement agreement. Only counsel for the respective parties need to participate in the telephonic hearing.

Counsel are to call _____ to participate in the hearing. Callers will be required to enter Access Code _____ and Security Code _____ before being connected to the telephonic hearing. Call-in information is to be used by counsel only.

Date: _____

_____
United States Magistrate Judge
Southern District of Indiana

Distribution to all counsel of record via CM/ECF

---

[1] The proper name of the Defendant is American Institute of Toxicology, Inc. d/b/a AIT Laboratories.

US.107463852.01