UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DEANNA CHANCE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 1:15-cv-01627-JMS-MPB |
| ) | |
| AMERICAN INSTITUTE OF ) | |
| TOXICOLOGY, INC. doing business ) | |
| as AIT Laboratories, Inc.[1] ) | |
| ) | |
| Defendant. ) | |

**ORDER APPROVING SETTLEMENT
AND DISMISSING LAWSUIT WITH PREJUDICE**

Plaintiff Deanna Chance and Defendant American Institute of Toxicology, Inc. have filed their joint motion for approval of settlement and dismissal of this lawsuit with prejudice (the "Joint Motion"). On [Date], the Court held a telephonic hearing on the Joint Motion that was attended by Plaintiff's counsel and Defendant's counsel. At such hearing, the Court reviewed and considered the terms of the parties' Confidential Settlement Agreement ("Settlement Agreement") and the parties' joint request that this action be dismissed with prejudice. Having reviewed the terms of the parties' Settlement Agreement and being duly advised, the Court hereby finds that the parties' settlement as memorialized in the Settlement Agreement is fair, reasonable and in resolution of a bona fide dispute over, among other things, Plaintiff's claim for recovery under the Fair Labor Standards Act.

IT IS THEREFORE ORDERED that the parties' Settlement Agreement is APPROVED.

IT IS FURTHER ORDERED, pursuant to the parties' request, that this action, including all of Plaintiff's claims, is hereby DISMISSED WITH PREJUDICE, with each party to bear her

---

[1] The proper name of the Defendant is American Institute of Toxicology, Inc. d/b/a AIT Laboratories.

or its own attorneys' fees and costs.

Date: _____

                                                Judge, United States District Court
                                                Southern District of Indiana

Distribution to all counsel of record via CM/ECF

US.107464075.01